**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:06-CV-489**

| | |
|---|---|
| ESTATE OF WILLIAM DAVID NANCE by the ADMINISTRATIX OF HIS ESTATE, TAMMY TERRY NANCE,<br><br>Plaintiff,<br><br>vs.<br><br>BRIDGESTONE AMERICAS HOLDING, INC., CIGNA CORPORATION, INTRACORP and INTERNATIONAL REHABILITATION ASSOCIATES, INC.,<br><br>Defendants. | **ORDER GRANTING MOTION TO APPEAR BY SPECIAL APPEARANCE AND TO ADMIT COUNSEL *PRO HAC VICE*** |

This matter is before the Court upon the Motion of local counsel, Edward B. Davis, for defendant Bridgestone Americas Holding, Inc., for entry of an Order admitting Jason D. Fisher of the law firm of Waller Lansden Dortch & Davis, LLP, *pro hac vice* and permitting him to appear by special appearance pursuant to Local Rule 83.1(B). Good cause therefor having been shown, the Motion is granted.

**IT IS THEREFORE ORDERED** that Jason D. Fisher of the law firm of Waller Lansden Dortch & Davis, LLP be admitted to this Court *pro hac vice* and that he be permitted to appear as counsel of record for defendant Bridgestone Americas Holding, Inc., in this civil action. **IT IS FURTHER ORDERED** that, in accordance with Rule 83.1 of this Court's Local Rules of Civil Procedure, Mr. Fisher will pay the admission fee of **ONE HUNDRED DOLLARS ($100.00)** to the Clerk of Court within (10) days from the date of the filing of this Order.

Signed: January 19, 2007

David C. Keesler
United States Magistrate Judge