IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:06-CV-489

| | |
|---|---|
| ESTATE OF WILLIAM DAVID NANCE by the ADMINISTRATIX OF HIS ESTATE, TAMMY TERRY NANCE, <br><br> Plaintiff, <br><br> vs. <br><br> BRIDGESTONE AMERICAS HOLDING, INC., CIGNA CORPORATION, INTRACORP and INTERNATIONAL REHABILITATION ASSOCIATES, INC., <br><br> Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**AGREED ORDER AND STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, upon agreement of all parties as evidenced by the signatures of their respective counsel below, and for good cause shown, it is this day ORDERED, ADJUDGED and DECREED that Plaintiff's Complaint and all claims asserted against all Defendants in this action shall be and are hereby dismissed with prejudice. In addition, in furtherance of this Agreed Order and Stipulation of Dismissal with Prejudice, Plaintiff and Defendants each agree to pay their own respective attorneys' fees and costs incurred in this cause. The Clerk is DIRECTED to close the case.

Signed: August 9, 2007

Frank D. Whitney
United States District Judge

AGREED AND APPROVED FOR ENTRY:


/s/ Don H. Bumgardner
Don H. Bumgardner, Esq.
P.O. Box 1375
Gastonia, NC  28053-1375
Telephone:	(704) 868-9293
Facsimile:	(704)868-9296
Email:  bumgardd@bellsouth.net
*Attorney for Plaintiff*


/s/ Edward B. Davis
Edward B. Davis, Esq.
BELL, DAVIS & PITT, P.A.
227 West Trade St., Suite 2160
Charlotte, North Carolina 28202
Telephone:	704-227-0400
Facsimile:	704-227-0178
Email:	ward.davis@belldavispitt.com

*Of Counsel:*
Jason D. Fisher, Esq. (*pro hac vice*)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone:	615-244-6380
Facsimile:	615-244-6804
Email:	jason.fisher@wallerlaw.com
*Attorneys for Defendant Bridgestone*


/s/ Raboteau T. Wilder, Jr.
Raboteau T. Wilder, Jr., Esq.
Kevin J. Heiser, Esq.
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
Bank of America Corporate Center
100 North Tryon Street, Suite 2400
Charlotte, North Carolina 28202
Telephone:	(704)417-3109
Facsimile:	(704)377-4814
Email:	kevin.heiser@nelsonmullins.com
*Attorneys for Defendants Cigna, Intracorp, and International Rehabilitation*